USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/9/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ROBERT WEEKES,**<br><br>                              **Plaintiff,**<br><br>     -against-<br><br><br>**SAXX UNDERWEAR (USA) CO,**<br><br>                              **Defendant.** | **22-cv-0289(ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   August 9, 2022
            New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**